AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

| | |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |
| | |

V.

| | |
|---|---|
| ASSIGNED JUDGE: | Honorable Joan B. Gottschall |

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

| | |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Honorable Geraldine Brown |

TO: (Name and address of Defendant)

Michael F. Edwards
207 Cherokee Circle
Erwin, TN 37650

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you,   _____within 21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

_E. tojule_

(By) DEPUTY CLERK



July 15, 2013

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                                    *Signature of Server*

                                    _____
                                      *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action

**Service:** I served _Michael F. Edwards_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  □ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME) _Michael F. Edwards_

at ■ Home _207 Cherokee Circle    Erwin, TN  37650_

□ Business

□ on (DATE) _7/31/13_    at (TIME) _11:50 am_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____    (STATE) _____

**Manner of Service:**

☑ By Personal Service

□ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person
apparently in charge thereof, namely, _____

□ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person
residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

□ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**
After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been
unable to effect process upon the person/entity being served because of the following reason(s):

| □ Unknown at Address | □ Evading | □ Other: _____ |
|---|---|---|
| □ Address does not exist | □ Service cancelled by litigant | |
| □ Moved, Left no forwarding | □ Unable to serve in a timely fashion | |

**Service Attempts:** Service was attempted on: (1) _7/31/13    11:50am_ ,( )  _____

| ( ) | | ,( ) | | ,( ) | |
|---|---|---|---|---|---|
| DATE | TIME | DATE | TIME | DATE | TIME |
| ( ) | | ,( ) | | ,( ) | |
| DATE | TIME | DATE | TIME | DATE | TIME |

**Description:**

| ☑ Male | ☑ White Skin | □ Black Hair | □ White Hair | □ 14-20 Yrs. | □ Under 5' | □ Under 100 Lbs. |
|---|---|---|---|---|---|---|
| □ Female | □ Black Skin | □ Brown Hair | ☑ Balding | □ 21-35 Yrs. | □ 5'-5'3" | □ 100-130 Lbs. |
| | □ Brown Skin | □ Blond Hair | | ☑ 36-50 Yrs. | □ 5'4"-5'8" | □ 131-160 Lbs. |
| □ Glasses | □ Yellow Skin | □ Gray Hair | □ Mustache | □ 51-65 Yrs. | ☑ 5'9"-6' | □ 161-200 Lbs. |
| | □ Red Skin | □ Red Hair | □ Beard | □ Over 65 Yrs. | □ Over 6' | ☑ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES:

State of Illinois  County of Cook

Subscribed and sworn to before me
A notary public, this _31st_ day of _July_  2013

_Notary Public_

SERVED BY  _Ricky Snell_

LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

*(Notary seal: JAMIE TRINKLE / STATE OF TENNESSEE / NOTARY PUBLIC / WASHINGTON COUNTY)*

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

|  |  |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |
| V. | |
| ASSIGNED JUDGE: | Honorable Joan B. Gottschall |

UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, et al.

DESIGNATED
MAGISTRATE JUDGE: Honorable Geraldine Brown

TO: (Name and address of Defendant)

Kenneth Glass
857 Gill Hollow Rd.
Coalport, PA 16627-7908

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

July 15, 2013

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                      *Signature of Server*


                                                    _____
                                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I *Jerry Millward*

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served *Kenneth Glass*

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

_____

_____

_____

by serving (NAME) *Kenneth Glass*

at ☐ Home *857 Fill Hollow Rd COALPORT Pn*

☐ Business

☐ on (DATE) *7-31-2013* at (TIME) *7 pm*

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person
apparently in charge thereof, namely,

_____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person
residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

_____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been
unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ( ) _____ ( ) _____

                         DATE     TIME         DATE     TIME         DATE    TIME

( ) _____ ( ) _____ ( ) _____ ( ) _____

   DATE    TIME         DATE    TIME        DATE    TIME       DATE    TIME

**Description:**

| | | | | |
|---|---|---|---|---|
| ☑ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☑ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☑ 51-65 Yrs. | ☑ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☑ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ *Pennsylvania* County of ~~Cook~~ *Allegheny*

Subscribed and sworn to before me
A notary public, this *7* day of *August* 2013

_____
Notary Public

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

NOTARIAL SEAL
KENNETH J KEARNEY
Notary Public
PENN HILLS TWP, ALLEGHENY COUNTY
My Commission Expires Jun 16, 2015

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

V.

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

CASE NUMBER:    1:13-cv-4889

ASSIGNED JUDGE:    Honorable Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE:   Honorable Geraldine Brown

TO: (Name and address of Defendant)

Jack  Keilman, Jr.
1152 Swigle Mt. Rd.
Mineral Point, PA 15942-5501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



July 23, 2013

_____

(By) DEPUTY CLERK

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          Date                                    *Signature of Server*

                                                  _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Kenneth Kearney_

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**    I served    _Jack Keilman, JR._

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)    ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME)    ✓ _Jane Wife_

at ☑ Home    _1152 Swalle mt RD mineral point P9_

☐ Business

☐ on (DATE) _7-31-13_    at (TIME) _4:28pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____    (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, _____

☑ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers _Sve. Keilman spouse_

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**    After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _____

☐ Address does not exist    ☐ Service cancelled by litigant

☐ Moved, Left no forwarding    ☐ Unable to serve in a timely fashion

**Service Attempts:**    Service was attempted on:    ( ) _____    ,( ) _____    ,( ) _____

| | DATE | TIME | | DATE | TIME | | DATE | TIME |
|---|---|---|---|---|---|---|---|---|

( ) _____    ,( ) _____    ,( ) _____    ,( ) _____

| DATE | TIME | | DATE | TIME | | DATE | TIME | | DATE | TIME |
|---|---|---|---|---|---|---|---|---|

**Description:**

| | | | | |
|---|---|---|---|---|
| ☐ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☐ Black Skin | ☑ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☑ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | ☐ Mustache | ☑ 36-50 Yrs. | ☑ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ _Pennsylvania_ County of ~~Cook~~ _Allegheny_

Subscribed and sworn to before me _August_

A notary public, this _1_ day of _August_ 2013

_Dana M Pcolar_

Notary Public

SERVED BY _Kenneth Kearney_

LASALLE PROCESS SERVERS

ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

V.

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

CASE NUMBER:  1:13-cv-4889

ASSIGNED JUDGE:  Honorable Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE:  Honorable Geraldine Brown

TO: (Name and address of Defendant)

Paul Knepper
193 West Point Rd.
Mineral Point, PA 15942-5715

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____ within 21 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



July 23, 2013

_____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                              *Signature of Server*

            _____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Kenneth Kearney_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Paul Knepper_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

_____

_____

_____

by serving (NAME) _L Amber Knepper daughter_

☐ Home _193 West Point RD    Mineral Point Pa_

☐ Business

☐ on (DATE) _7-31-13_ at (TIME) _4:09 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

_____

☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers _Amber Knepper Daughter_

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____

|  | DATE | TIME | | DATE | TIME | | DATE | TIME |
|---|---|---|---|---|---|---|---|---|

( ) _____ ,( ) _____ ,( ) _____ ,( ) _____

| | DATE | TIME | | DATE | TIME | | DATE | TIME | | DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Description:**

| | | | | |
|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ _Pennsylvania_ County of ~~Cook~~ _Allegheny_

_Kenneth Kearney_
SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me
A notary public, this _1_ day of _August_ 2013

_Dana M Pcolar_

Notary Public

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440  (Rev.'05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

FREIGHTCAR AMERICA, INC.

V.

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

CASE NUMBER:   1:13-cv-4889

ASSIGNED JUDGE:   Honorable Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE:   Honorable Geraldine Brown

TO: (Name and address of Defendant)

William Knisel, Jr.
168 Bopp Lane
Summerhill, PA 15958-5204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____

(By) DEPUTY CLERK

July 23, 2013

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] |  |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                                    *Signature of Server*


                                             _____
                                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Kenneth Kearney_

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _William Knisel, JR._

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME) ✓_Doris Knisel (spouse)_

at ☐ Home _168 Bopp Lane_      _Summer Hill Pa_

☐ Business

☐ on (DATE) _7-31-13_ at (TIME) _5:47pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, _____

☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers _DORIS KNISEL SPOUSE_

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address      ☐ Evading      ☐ Other: _____
☐ Address does not exist   ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____ , ( ) _____
DATE TIME    DATE TIME    DATE TIME
( ) _____ , ( ) _____ , ( ) _____
DATE TIME    DATE TIME    DATE TIME

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☒ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES:

State of ~~Illinois~~ _Pennsylvania_ County ~~of Cook~~ _Allegheny_

Subscribed and sworn to before me
A notary public, this _1_ day of _August_ 20_13_

_Dana M Pcolar_
Notary Public

_Kenneth Kearney_
SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

|  |  |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |
| ASSIGNED JUDGE: | Honorable Joan B. Gottschall |

V.

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

DESIGNATED
MAGISTRATE JUDGE: Honorable Geraldine Brown

TO: (Name and address of Defendant)

Michael Kuzilla
292 Station Rd.
Nanty Glo, PA 15943-1502

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK



July 23, 2013

_____

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

121

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Terry Millard_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Michael Kuzillo_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)   ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

_____

_____

_____

_____

by serving (NAME) _X michael Kuzillo_
at ☐ Home   _296 Station Rd Nanty Glo PA Brother_

☐ Business

☐ on (DATE) _7-31-13_   at (TIME) _2 30 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____   (STATE) _____

**Manner of Service:**

☒ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person
apparently in charge thereof, namely, _____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person
residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
_____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**   After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been
unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address does not exist   ☐ Service cancelled by litigant   _____
☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:   ( )_____   ,( )_____   ,( )_____

| | DATE | TIME | | DATE | TIME | | DATE | TIME |

( )_____   ,( )_____   ,( )_____

| | DATE | TIME | | DATE | TIME | | DATE | TIME |

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☒ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☒ 5'9"-6' | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☒ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

_Pennsylvania Allegheny_
State of ~~Illinois~~ County of ~~Cook~~

Subscribed and sworn to before me _7_
A notary public this _7_ day of _August_ 2013

_Kenneth J Kearney_
Notary Public

_Terry Millard_
SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

```
NOTARIAL SEAL
KENNETH J KEARNEY
Notary Public
PENN HILLS TWP, ALLEGHENY COUNTY
My Commission Expires Jun 16, 2015
```

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

FREIGHTCAR AMERICA, INC.

V.

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

CASE NUMBER: 1:13-cv-4889

ASSIGNED JUDGE: Honorable Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE: Honorable Geraldine Brown

TO: (Name and address of Defendant)

Walter Lasinsky
1505 3rd St.
Nanty Glo, PA 15943-1147

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you,  within 21  days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

July 23, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____

Date           *Signature of Server*

_____

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

119

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I

*Jerry Millward*

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served *Walter Lasinsky*

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

■ **Summons and Complaint**

by serving (NAME) x *Walter A. Lenig*

at ☐ Home *1563 3Rd St Wanty C/o PA*

☐ Business

☐ on (DATE) *7-31-13* at (TIME) *2:35 P.M*

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE)

From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Evading   ☐ Other:

☐ Address does not exist   ☐ Service cancelled by litigant

☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:

( ) _____ ,( ) _____ ,( ) _____ ,( ) _____
DATE   TIME   DATE   TIME   DATE   TIME   DATE   TIME

( ) _____ ,( ) _____ ,( ) _____ ,( ) _____
DATE   TIME   DATE   TIME   DATE   TIME   DATE   TIME

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☒ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☒ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES:

State of *Pennsylvania* County of ~~Cook~~ *Allegheny*

SERVED BY

*Jerry Millward*

LASALLE PROCESS SERVERS

ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me

A notary public, this *7* day of *August* 2013

*Kenneth J Kearney*

Notary Public

NOTARIAL SEAL
KENNETH J KEARNEY
Notary Public
PENN HILLS TWP, ALLEGHENY COUNTY
My Commission Expires Jun 16, 2015

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

FREIGHTCAR AMERICA, INC.

V.

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

CASE NUMBER:  1:13-cv-4889

ASSIGNED JUDGE:  Honorable Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE:  Honorable Geraldine Brown

TO: (Name and address of Defendant)

Donald Little
102 Arrow Road
Mineral Point, PA 15942-4426

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____ within 21 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK



July 23, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

_____

☐   Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____          _____
                          Date                                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

116

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Kenneth Kearney_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Donald Little_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME) _James Little     Uncle Live In_
at ☐ Home _102 Arrow RD     Mineral Point Pa_
☐ Business
☐ on (DATE) _7-31-13_ at (TIME) _5:21 PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

✗ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers _James Little     Uncle Live In_
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address      ☐ Evading           ☐ Other: _____
☐ Address does not exist   ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____

| | DATE | TIME | | DATE | TIME | | DATE | TIME |
| ( ) | | | ,( ) | | | ,( ) | | |
| | DATE | TIME | | DATE | TIME | | DATE | TIME |

**Description:**
| | | | | |
|---|---|---|---|---|
| ✗ Male | ✗ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ✗ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ✗ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ✗ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ✗ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES:

State of Illinois  County of Cook _Pennsylvania     Allegheny_

Subscribed and sworn to before me
A notary public, this _1_ day of _August_ /2013

_Dana M Pcolar_
Notary Public

SERVED BY
_Kenneth Kearney_
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

CASE NUMBER:   1:13-cv-4889

V.

ASSIGNED JUDGE:   Honorable Joan B. Gottschall

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

DESIGNATED
MAGISTRATE JUDGE:   Honorable Geraldine Brown

TO: (Name and address of Defendant)

James Little
102 Arrow Road
Mineral Point, PA 15942-4426

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____ within 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



July 23, 2013

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                         Date                                        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

115

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

*Kenneth Kearney*

**Service:** I served *James Little*

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME) *James A. Little*

at ☐ Home *102 Arrow RD      Mineral Point Pq*

   ☐ Business

   ☐ on (DATE) *7-31-13*   at (TIME) *5:21 PM*

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

☒ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

_____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

_____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**

After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _____

☐ Address does not exist    ☐ Service cancelled by litigant

☐ Moved, Left no forwarding    ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:

| | ( ) | | ,( ) | | ,( ) | | |
|---|---|---|---|---|---|---|---|
| | DATE | TIME | | DATE | TIME | DATE | TIME |
| ( ) | | ,( ) | | ,( ) | | ,( ) | |
| DATE | TIME | DATE | TIME | DATE | TIME | DATE | TIME |

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☒ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☒ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☒ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ *Pennsylvania* County of ~~Cook~~ *Allegheny*

*Kenneth Kearney*

SERVED BY

Subscribed and sworn to before me

A notary public, this _ day of *August* 2013

LASALLE PROCESS SERVERS

ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

*Dana M Pcolar*

Notary Public

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER PENNSYLVANIA

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

|  |  |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | Honorable Joan B. Gottschall |

UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, et al.

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Honorable Geraldine Brown |

TO: (Name and address of Defendant)

William Little
141 Arrow Road
Mineral Point, PA 15942-4425

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____ within 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

July 23, 2013

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                    *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

114

# Affidavit of Process Server

| F. _____ er America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Kenneth Kearney_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _William Little_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME) _James A. Little_   _uncle  Live-In_

at ☐ Home _141 Arrow RD_   _Mineral point_

☐ Business

☐ on (DATE) _7-31-13_ at (TIME) _5:21 PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, _____

☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers _James Little uncle_

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Evading   ☐ Other: _____

☐ Address does not exist   ☐ Service cancelled by litigant   _____

☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:

| ( ) | | | ,( ) | | | ,( ) | | |
|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | | DATE | TIME | | DATE | TIME |

| ( ) | | | ,( ) | | | ,( ) | | |
|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | | DATE | TIME | | DATE | TIME |

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☒ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☒ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☒ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ _Pennsylvania_ ~~County of Cook~~ _Allegheny_

Subscribed and sworn to before me
A notary public, this _/_ day of _August_ 2013

_Dana M Pcolar_

Notary Public

SERVED BY _Kenneth Kearney_

LASALLE PROCESS SERVERS

ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

## CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

|  |  |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | Honorable Joan B. Gottschall |

UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, et al.

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Honorable Geraldine Brown |

TO: (Name and address of Defendant)

Fred Meier
232 Meiers Rd.
Mineral Point, PA 15942-5224

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Diana Glass_

(By) DEPUTY CLERK



July 22, 2013

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

| *Check one box below to indicate appropriate method of service* |
|---|

☐  Served personally upon the defendant.  Place where served:

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

☐  Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date        *Signature of Server*

                          _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

106

| _reightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Kenneth Kearney_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**  I served _Fred Meier_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $ _____ witness fee and mileage

☐ **Summons and Complaint** _____

_____

_____

by serving (NAME) _PATRICIA MEIER     WIFE_

at ☐ Home _232 MEIERS RD     MINERAL POINT PA_

☐ Business

☐ on (DATE) _7-31-13_  at (TIME) _4:32 PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____  (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers _PATRICIA MEIER     WIFE_

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☐ Evading          ☐ Other: _____

☐ Address does not exist    ☐ Service cancelled by litigant

☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion _____

**Service Attempts:**  Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____

| | | DATE | TIME | | DATE | TIME | | DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|
| ( ) | | | | ,( ) | | | ,( ) | | |
| DATE | TIME | DATE | TIME | | DATE | TIME | | DATE | TIME |

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☒ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES:

State of Illinois  County of Cook _Pennsylvania  Allegheny_

Subscribed and sworn to before me
A notary public, this _1_ day of _August_ 2013

_Dana M Pcolar_

Notary Public

_Kenneth Kearney_

SERVED BY

LASALLE PROCESS SERVERS

ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

FREIGHTCAR AMERICA, INC.

V.

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

CASE NUMBER:    1:13-cv-4889

ASSIGNED JUDGE:    Honorable Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE:    Honorable Geraldine Brown

TO: (Name and address of Defendant)

Joseph Peruso
251 Castine Rd.
Mineral Point, PA 15942-0051

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK



July 25, 2013

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

&#9744;  Served personally upon the defendant.  Place where served: _____

_____

&#9744;  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

&#9744;  Returned unexecuted: _____

_____

_____

&#9744;  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                 Date        *Signature of Server*

_____

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Kenneth Kearney_

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**    I served _Joseph Peruso_

                                               NAME OF PERSON/ENTITY BEING SERVED

with the (documents)    ☐ Subpoena with $ _____ witness fee and mileage

                   ■ Summons and Complaint

by serving (NAME) ✓ _Mary L Peruso – Wife_

☐ Home              _251 CAST INE RD    Mineral Point Pa_

☐ Business

☐ on (DATE) _7-31-13_    at (TIME) _4:52 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

   ☐ By Personal Service

   ☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

   ☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers _MARY PERUSO    SPOUSE_

   ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**    After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

   ☐ Unknown at Address      ☐ Evading      ☐ Other:_____

   ☐ Address does not exist    ☐ Service cancelled by litigant

   ☐ Moved, Left no forwarding    ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( )_____ ,( )_____ ,( )_____

| DATE | TIME | DATE | TIME | DATE | TIME |
|---|---|---|---|---|---|

( )_____ ,( )_____ ,( )_____

| DATE | TIME | DATE | TIME | DATE | TIME |
|---|---|---|---|---|---|

**Description:**

| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|---|
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☒ Blond Hair | | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6' | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ _Pennsylvania Allegheny_ County of ~~Cook~~

Subscribed and sworn to before me

A notary public, this _____ / _____ day of _August_ 2013

_Dana M Pcolar_

Notary Public

SERVED BY _Kenneth Kearney_

LASALLE PROCESS SERVERS

ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

### CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

|  |  |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | Honorable Joan B. Gottschall |

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Honorable Geraldine Brown |

TO: (Name and address of Defendant)

Stanley Pisarcik
724 Longs Rd.
Homer City, PA 15748-5507

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____ within 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

July 25, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

65

# Affidavit of Process Server

| Frightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Kenneth Kearney_

declare that am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service** I served _Stanley Pisarcik_

NAME OF PERSON/ENTITY BEING SERVED

with.é (documents) ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME) _Son. Joseph Pisarcik_

at ☐ Home _724 Longs RD    Homer City PA_

☐ Business

☐ on (DATE) _7-31-13_ at (TIME) _6:26 PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers _Joseph Pisarcik    Son_

☐ By posting copies in a conspicuous manner to the address of the person/entity being served

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Evading ☐ Other: _____

☐ Address does not exist ☐ Service cancelled by litigant

☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:

( ) _____ ,( ) _____ ,( ) _____

DATE TIME DATE TIME DATE TIME

( ) _____ ,( ) _____ ,( ) _____

DATE TIME DATE TIME DATE TIME

**Description:**

☒ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.

☐ Female ☐ Black Skin ☒ Brown Hair ☐ Balding ☒ 21-35 Yrs. ☐ 5'-5'3" ☐ 100-130 Lbs.

☐ Brown Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.

☐ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☒ 5'9"-6' ☒ 161-200 Lbs.

☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES:

_Pennsylvania    Allegany_

State of Illinois County of Cook

Subscribed and sworn to before me

A notary public this _/_ day of _August_ 2013

_Dana M Pcolar_

Notary Public

SERVED BY

LASALLE PROCESS SERVERS

ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

|  |  |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |
| V. | ASSIGNED JUDGE: Honorable Joan B. Gottschall |
| UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, et al. | DESIGNATED MAGISTRATE JUDGE: Honorable Geraldine Brown |

TO: (Name and address of Defendant)

Donald Price
815 Beech Avenue
Patton, PA 16668-1405

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



July 23, 2013

(By) DEPUTY CLERK

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
              Date                 *Signature of Server*

                           _____
                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*81*

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

*Jerry Millward*

**Service:** I served *Donald Price*

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME) *Nancy Price - Wife*

at ☒ Home *815 Beech Ave Pahou Pa*

☐ Business

☐ on (DATE) *7-31-2013* at (TIME) *6:05 pm*

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE)

From (CITY) _____ (STATE)

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers *Nancy Price        Wife*

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address      ☐ Evading              ☐ Other:

☐ Address does not exist   ☐ Service cancelled by litigant

☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:

( ) _____ ,( ) _____ ,( ) _____
   DATE  TIME       DATE  TIME        DATE  TIME

( ) _____ ,( ) _____ ,( ) _____
   DATE  TIME       DATE  TIME        DATE  TIME

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☒ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☒ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES:

State of Illinois, County of Cook *Pennsylvania  Allegheny*

Subscribed and sworn to before me
A notary public, this ___ day of *August* 2013

_____
Notary Public

SERVED BY *Jerry Millward*
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

```
NOTARIAL SEAL
KENNETH J KEARNEY
Notary Public
PENN HILLS TWP, ALLEGHENY COUNTY
My Commission Expires Jun 16, 2015
```

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

| | |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |

V.

ASSIGNED JUDGE:     Honorable Joan B. Gottschall

UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, et al.

DESIGNATED
MAGISTRATE JUDGE:    Honorable Geraldine Brown

TO: (Name and address of Defendant)

Randall Price
124 Thirty Three Rd.
Patton, PA 16668-7609

  **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Diana Dais_

(By) DEPUTY CLERK



July 23, 2013

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                          *Signature of Server*


                                              _____
                                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

80

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.   *Jerry Millward*

**Service:**   I served   *Randall Price*

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)   ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME) ✗ *Randy Price*

at ☒ Home   *124 Thirty Three Rd    Patton PA*

☐ Business

☐ on (DATE)   *7-31-13*   at (TIME)   *6:00 P m*

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE)

From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

_____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

_____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**   After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address does not exist    ☐ Service cancelled by litigant
☐ Moved, Left no forwarding    ☐ Unable to serve in a timely fashion

**Service Attempts:**   Service was attempted on:   ( )_____ ,( )_____ ,( )_____

| | DATE | TIME | | DATE | TIME | | DATE | TIME |
|---|---|---|---|---|---|---|---|---|
| ( )_____ ,( )_____ | | | ,( )_____ | | | ,( )_____ | | |
| DATE | TIME | DATE | TIME | DATE | TIME | DATE | TIME | |

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☒ Mustache | ☒ 51-65 Yrs. | ☐ 5'9"-6' | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Beard | ☐ Over 65 Yrs. | ☒ Over 6' | ☒ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES:

State of ~~Illinois~~ *Pennsylvania* County of ~~Cook~~ *Allegheny*

Subscribed and sworn to before me
A notary public, this   *7*   day of *August*   2013

*Kenneth J Kearney*

Notary Public

SERVED BY   *Jerry Millward*
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS
KENNETH J KEARNEY
Notary Public
PENN HILLS TWP, ALLEGHENY COUNTY
My Commission Expires Jun 16, 2015

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

|  |  |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | Honorable Joan B. Gottschall |

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Honorable Geraldine Brown |

TO: (Name and address of Defendant)

Harry Randolph
4716 Patchin Hwy
Cherry Tree, PA 15724-9625

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Diana Klaus_



July 23, 2013

(By) DEPUTY CLERK

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                          *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

92

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Jerry Milward_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Harry Randolph_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

_____

_____

_____

by serving (NAME) _To Harry D Randolph_
☒ Home _4716 Ratchtip Hwy CHerry TREE PA_
☐ Business
☐ on (DATE) _7-31-13_ at (TIME) _4:11 PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _7-31-13  4⁴⁵pm_ (STATE)

**Manner of Service:**
☒ By Personal Service
☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

_____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

_____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____ , ( ) _____
| | DATE | TIME | | DATE | TIME | | DATE | TIME |
( ) _____ , ( ) _____ , ( ) _____
| DATE | TIME | | DATE | TIME | | DATE | TIME |

**Description:**
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|---|
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☒ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☒ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☒ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ _Pennsylvania_ County ~~of Cook~~ _Allegheny_

Subscribed and sworn to before me
A notary public, this _7_ day of _August_ 2013

_Kenneth J Kearney_
Notary Public

_Jerry Milward_
SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

NOTARIAL SEAL
KENNETH J KEARNEY
Notary Public
PENN HILLS TWP, ALLEGHENY COUNTY
My Commission Expires Jun 16, 2015

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

V.

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

CASE NUMBER: 1:13-cv-4889

ASSIGNED JUDGE: Honorable Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE: Honorable Geraldine Brown

TO: (Name and address of Defendant)

Dean Rorer
1082 Pike Rd.
Mineral Point, PA 15942-4442

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you,  _____within 21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

_Diana Glass_

(By) DEPUTY CLERK



July 23, 2013

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

| *Check one box below to indicate appropriate method of service* |
|---|

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
　　　　　　　　　Date　　　　　　　　　　Signature of Server


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

96

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Kenneth Kearney_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Dean Roren_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)   ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME)  _Lance Roren   Son_

☒ Home  _1082 Pike RD      mineral point Pa_

☐ Business

☐ on (DATE)  _7-31-13_  at (TIME)  _5:23pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers _Lance Roren  Son_

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address        ☐ Evading              ☐ Other: _____

☐ Address does not exist    ☐ Service cancelled by litigant

☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____

|  | DATE | TIME | | DATE | TIME | | DATE | TIME |
|---|---|---|---|---|---|---|---|---|
| ( ) | | | ,( ) | | | ,( ) | | |
|  | DATE | TIME | | DATE | TIME | | DATE | TIME |

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒Male | ☒White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒Brown Hair | ☐ Balding | ☒21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☒5'9"-6' | ☒161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES:

_Pennsylvania  Allegheny_

State of Illinois  County of Cook

Subscribed and sworn to before me
A notary public, this  _1_  day of _August_  2013

_Dana M. Pcolar_

Notary Public

SERVED BY

_Kenneth Kearney_

LASALLE PROCESS SERVERS

ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

| | |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |

V.

| | |
|---|---|
| ASSIGNED JUDGE: | Honorable Joan B. Gottschall |

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

| | |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Honorable Geraldine Brown |

TO: (Name and address of Defendant)

Dennis Roseman
613 Keystone Rd.
Seward, PA 15954

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Diana Davis_

(By) DEPUTY CLERK



July 23, 2013

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

_____

☐   Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                          Date                              *Signature of Server*

                                          _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

99

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Kenneth Kearney_

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Dennis Roseman_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME) _Dennis Roseman_

at ☒ Home _613 Keystone RD  Seward_

☐ Business

☐ on (DATE) _7-31-13_ at (TIME) _3:29PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

☒ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

_____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Evading   ☐ Other: _____

☐ Address does not exist  ☐ Service cancelled by litigant

☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:

( ) _____ ,( ) _____ ,( ) _____
    DATE  TIME        DATE  TIME        DATE  TIME

( ) _____ ,( ) _____ ,( ) _____
    DATE  TIME        DATE  TIME        DATE  TIME

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☒ Glasses | ☐ Yellow Skin | ☒ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☒ 5'9"-6' | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES:

State of ~~Illinois~~ _Pennsylvania_ County of ~~Cook~~ _Allegheny_

Subscribed and sworn to before me
A notary public this _5_ day of _August_ 2013

_Dana M Pcolar_

Notary Public

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440, (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

| | |
|---|---|
| CASE NUMBER: | 1:13-cv-4889 |

V.

| | |
|---|---|
| ASSIGNED JUDGE: | Honorable Joan B. Gottschall |

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

| | |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Honorable Geraldine Brown |

TO: (Name and address of Defendant)

Delbert Rowe
6839 Route 56 Hwy E.
Homer City, PA 15748-5844

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____ within 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Diana Clair_

(By) DEPUTY CLERK



July 23, 2013

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
　　　　　　　　　　　　Date　　　　　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

98

# Affidavit of Process Server

Rentcar America, Inc.          vs          United Steel, Paper & Forestry, et al.          1:13-cv-4889
Plaintiff/Petitioner                    Defendant/Respondent                    Case#

*Kenneth Kearney*

Being duly sworn, on my oath, I
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**          I served          *Delbert Rowe*
                    NAME OF PERSON/ENTITY BEING SERVED

with the (documents)          ☐ Subpoena with $ _____ witness fee and mileage

          ■ Summons and Complaint

by serving (NAME)          *Delbert Rowe*

at ☐ Home          *6839 Route 56 Hwy E Huver City Pa*

☐ Business

☐ on (DATE)          *7-31-12*          at (TIME)          *6:37PM*

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____          (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person
          apparently in charge thereof, namely,

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person
          residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**          After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been
          unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address          ☐ Evading          ☐ Other: _____
☐ Address does not exist          ☐ Service cancelled by litigant
☐ Moved, Left no forwarding          ☐ Unable to serve in a timely fashion

**Service Attempts:**          Service was attempted on:          ( ) _____ ,( ) _____ ,( ) _____
                                        DATE          TIME          DATE          TIME          DATE          TIME

( ) _____ ,( ) _____ ,( ) _____
DATE          TIME          DATE          TIME          DATE          TIME

**Description:**          ☒ Male          ☒ White Skin          ☐ Black Hair          ☒ White Hair          ☐ 14-20 Yrs.          ☐ Under 5'          ☐ Under 100 Lbs.
          ☐ Female          ☐ Black Skin          ☐ Brown Hair          ☐ Balding          ☐ 21-35 Yrs.          ☐ 5'-5'3"          ☐ 100-130 Lbs.
                    ☐ Brown Skin          ☐ Blond Hair                    ☐ 36-50 Yrs.          ☒ 5'4"-5'8"          ☒ 131-160 Lbs.
          ☐ Glasses          ☐ Yellow Skin          ☐ Gray Hair          ☐ Mustache          ☒ 51-65 Yrs.          ☐ 5'9"-6'          ☐ 161-200 Lbs.
                    ☐ Red Skin          ☐ Red Hair          ☐ Beard          ☐ Over 65 Yrs.          ☐ Over 6'          ☐ Over 200 Lbs.

          OTHER IDENTIFYING FEATURES:

*Pennsylvania Allgheny*
State of ~~Illinois~~ County of ~~Cook~~

                    *Kenneth Kearney*
                    SERVED BY

Subscribed and sworn to before me          LASALLE PROCESS SERVERS
A notary public, this *1* day of *August* 2013          ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

*Dana M Pcolar*
Notary Public

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

FREIGHTCAR AMERICA, INC.

V.

UNITED STEEL, PAPER & FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL &
SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO, CLC, et al.

CASE NUMBER:  1:13-cv-4889

ASSIGNED JUDGE:  Honorable Joan B. Gottschall

DESIGNATED
MAGISTRATE JUDGE:  Honorable Geraldine Brown

TO: (Name and address of Defendant)

David Rummel
1765 Route 403 Hwy S.
Homer City, PA 15748-4624

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, _____ within 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK



July 23, 2013

_____

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                   *Signature of Server*

                              _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

97

# Affidavit of Process Server

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I *Kenneth Kearney*
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**  I served  *David Rummel*

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

by serving (NAME)  *David W Rummel*

☐ Home  *1765 Route 403 Hwy S Homer City Pa*

☐ Business

☐ on (DATE) *7-31-13* at (TIME) *6:16 PM*

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____  (STATE) _____

**Manner of Service:**

☐ By Personal Service

☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, _____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address does not exist  ☐ Service cancelled by litigant
☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:**  Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____

| ( ) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | TIME | | DATE | TIME | | DATE | TIME | | |
| ( ) | | ,( ) | | | ,( ) | | | ,( ) | |
| DATE | TIME | | DATE | TIME | | DATE | TIME | | |

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blond Hair | | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Yellow Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☒ 5'9"-6' | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

*Pennsylvania*
State of ~~Illinois~~  County of ~~Cook~~  *Arkestony*

Subscribed and sworn to before me
A notary public, this *1* day of *August* 2013

_____
Notary Public

_____
SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dana M. Pcolar, Notary Public
Penn Twp., Westmoreland County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHTCAR AMERICA, INC.

CASE NUMBER:    1:13-cv-4889

V.

ASSIGNED JUDGE:    Honorable Joan B. Gottschall

UNITED STEEL, PAPER & FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL & SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, et al.

DESIGNATED MAGISTRATE JUDGE:    Honorable Geraldine Brown

TO: (Name and address of Defendant)

Frank Scappino
276 Tree Farm Rd.
Nanty Glo, PA 15943-3319

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

an answer to the complaint which is herewith served upon you, ___within 21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Diana Glass_



July 23, 2013

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                        Date                              *Signature of Server*


                        _____
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

109

| Freightcar America, Inc. | vs | United Steel, Paper & Forestry, et al. | 1:13-cv-4889 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I _Jerry Millward_

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Frank Scappino_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)   □ Subpoena with $ _____ witness fee and mileage

■ Summons and Complaint

_____

_____

_____

by serving (NAME) _Refused to Sign — But RECEIVED the papers_

at ■ Home   _276 TREE FARM Rd NANTY GLO Pn_

□ Business

□ on (DATE) _7-31-13_   at (TIME) _3 PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____   (STATE) _____

**Manner of Service:**

☒ By Personal Service

□ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,

_____

□ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

_____

□ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

□ Unknown at Address   □ Evading   □ Other: _____
□ Address does not exist   □ Service cancelled by litigant   _____
□ Moved, Left no forwarding   □ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:

| ( ) | | | ,( ) | | | ,( ) | | |
|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | | DATE | TIME | | DATE | TIME |

| ( ) | | | ,( ) | | | ,( ) | | |
|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | | DATE | TIME | | DATE | TIME |

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | □ Black Hair | □ White Hair | □ 14-20 Yrs. | □ Under 5' | □ Under 100 Lbs. |
| □ Female | □ Black Skin | ☒ Brown Hair | □ Balding | □ 21-35 Yrs. | □ 5'-5'3" | □ 100-130 Lbs. |
| | □ Brown Skin | □ Blond Hair | | □ 36-50 Yrs. | □ 5'4"-5'8" | □ 131-160 Lbs. |
| □ Glasses | □ Yellow Skin | □ Gray Hair | □ Mustache | ☒ 51-65 Yrs. | □ 5'9"-6' | □ 161-200 Lbs. |
| | □ Red Skin | □ Red Hair | □ Beard | □ Over 65 Yrs. | ☒ Over 6' | ☒ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook _Pennsylvania   Allegheny_

Subscribed and sworn to before me

A notary public, this _7_ day of _August_ 2013

_Kenneth J Kearney_

Notary Public

_Jerry Millward_

SERVED BY

LASALLE PROCESS SERVERS

ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

NOTARIAL SEAL
KENNETH J KEARNEY
Notary Public
PENN HILLS TWP, ALLEGHENY COUNTY
My Commission Expires Jun 16, 2015